# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joshua Irwin, | No. CV-23-00544-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| CrossCountry Mortgage LLC, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 15), filed on June 16, 2023,

**IT IS ORDERED** approving the Stipulation (Doc. 15) and dismissing this action in its entirety, without prejudice, each party to bear its own attorneys' fees and costs. The Rule 16 Scheduling Conference set for June 20, 2023, is **VACATED**.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 16th day of June, 2023.

Honorable Diane J. Humetewa
United States District Judge